IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE DIET DRUGS (PHENTERMINE/FENFLURAMINE/ DEXFENEFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |
| MARY F. SANDERS, ET AL. | PLAINTIFFS |
| VS. | MDL CIVIL ACTION NO. 02-20121 |
| WYETH-AYERST PHARMACEUTICALS, INC., ET AL. | DEFENDANTS |

## MOTION FOR LEAVE TO WITHDRAW

COMES NOW, attorney of record for Velda Yvette Smith, Plaintiff herein, and files his Motion for Leave to Withdraw as attorney for said plaintiff, and in support thereof would show the following, to-wit:

1. Conflicts have arisen which make it impossible for the undersigned to continue as counsel for Plaintiff, Velda Yvette Smith, and the undersigned desires to withdraw as counsel for Velda Yvette Smith. (See Exhibit A)

WHEREFORE PREMISES CONSIDERED, movant prays for an order allowing him to withdraw as counsel for Velda Yvette Smith.

Respectfully submitted this ___ day of _____, 2002.

Velda Yvette Smith, Plaintiff

BY:_____
Thomas Y. Page

OF COUNSEL:
Thomas Y. Page, Esq.
PAGE, KRUGER & HOLLAND, P.A.
Post Office Box 1163
Jackson, Ms. 39215-1163

Wilbur O. Colom, Esq.
THE COLOM LAW FIRM
Post Office Box 866
Columbus, MS 39703-0866

## CERTIFICATE OF SERVICE

I, Thomas Y. Page, hereby certify that on this date, I mailed via U.S. Mail, postage pre-paid, the above Motion to Withdraw to the following counsel of record:

John Disimone
325 Chestnut Street, Suite 200
Philadelphia, PA 19106
**Plaintiffs' Management Committee**

Paul B. Kerrigan
Reed Smith LLP
2500 One Liberty Place
1650 Market St.
Philadelphia, PA 19103-7301

THIS the _____ day of December, 2002.

_____
Thomas Y. Page