<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of Wyeth's Reply to

Plaintiffs' "First Amended Response" to Wyeth's Motion to Dismiss Certain Plaintiffs in the

*Linda Harmon, Duwanda Robbins, Janice Binion, Lillian Chandler, Patricia Mosley, Mary*

*Sanders,* and *Brenda Stallings* actions was served this 8th day of March 2004 by U.S. first-class

mail, postage prepaid, upon plaintiffs' counsel in the foregoing actions addressed as follows:

> Brian A. Clark, Esquire
> Page, Kruger & Holland, P.A.
> 10 Canebrake Boulevard
> Suite 200
> Jackson, MS 39232
> *(Attorney for Plaintiffs)*
>
> Wilbur O. Colum, Esquire
> The Colum Law Firm
> 406 Third Avenue
> Columbus, MS 39703
> *(Attorney for Plaintiffs)*

and by U.S. first-class mail, postage prepaid, upon all defense counsel in the foregoing actions

and upon all other counsel required to be served by Pretrial Order No. 19.


_____
Paul B. Kerrigan

Date: March 8, 2004