# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Diet Drugs (Phentermine/Fenfluramine/ Dexfenfluramine) Products Liability Litigation** ) ) ) ) ) ) **This document relates to:** ) ) *Mary F. Sanders, et al v. Wyeth-Ayerst Pharmaceuticals, et al.* ) ) ) ) ) | **MDL NO. 1203** **Motion for Substitution of Counsel** **Civil Action No. 02-20121** |

COMES NOW, the Defendant, Super Sav-On-Drugs of Mississippi, Inc., and in support of the instant Motion for Substitution of Counsel, would show unto the Court as follows:

I.

The Defendant, Super Sav-On-Drugs of Mississippi, Inc., wishes to substitute Luke Dove and the law firm of Dove & Chill as counsel in the place of its current counsel in this case, Thomas M. Louis, the law firm of Wells Marble & Hurst, PLLC, and all attorneys within the firm.

II.

This motion for substitution of counsel is not for purposes of delay or harassment but only for the purpose of granting the request of Defendant, Super Sav-On-Drugs of Mississippi, Inc. Further, no parties will be prejudiced by granting this motion.

III.

Luke Dove and the law firm of Dove & Chill have no objection to this motion.

WHEREFORE, premises considered, Defendant Super Sav-On-Drugs of Mississippi, Inc., respectfully requests that the Court allow it to substitute Luke Dove, and the law firm of Dove & Chill, as counsel in place of its current counsel in this case, Thomas M. Louis, the law firm of Wells Marble & Hurst, PLLC and all attorneys with the firm.

THIS, the 7th day of April, 2004.

    Respectfully Submitted,

    SUPER SAV-ON-DRUGS OF MISSISSIPPI, INC.

    BY: /s/ Thomas M. Louis
        THOMAS M. LOUIS (MSB No. 8484)

Of Counsel:

**WELLS MARBLE & HURST, PLLC**
600 Lamar Life Building
Post Office Box 131
Jackson, Mississippi 39205-0131
Telephone: 601-355-8321
Facsimile: 601-355-4217

## CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document has been sent, via first class mail, postage prepaid, to the following:

| | |
|---|---|
| Wilbur O. Colum, Esq. | Thomas Y. Page, Esq. |
| Rhonda Hayes-Ellis, Esq. | Page Kruger & Holland |
| The Colom Law Firm | Post Office Box 1163 |
| Post Office Box 866 | Jackson, MS 39215-1163 |
| Columbus, MS 39703 | |

James Galloway, Esq.
William Gage, Esq.
Butler Snow O'Mara Stevens & Cannada
Post Office Box 22567
Jackson, MS 39225-2567

Dan W. Webb, Esq.
M. Lee Dulaney, Esq.
Webb Sanders & Williams
Post Office Box 496
Tupelo, MS 38802

Neville H. Boschert, Esq.
Ivan Burghard, Esq.
Watkins Ludlam Winters & Stennis
Post Office Box 427
Jackson, MS 39205-0427

Matthew J. Ungarino, Esq.
Wayne Maldonado, Esq.
Ann Baehr, Esq.
Ungarino & Eckert
Suite 1280, Lakeway Two
3850 North Causeway Blvd.
Metairie, LA 70002

Sheila M. Bossier, Esq.
Foreman Perry Watkins Krutz & Tardy
Post Office Box 2608
Jackson, MS 398225-2608

Richard D. Gamblin, Esq.
Wise Carter Child & Carraway
Post Office Box 651
Jackson, MS 39205

Kenna L. Mansfield, Jr., Esq.
KellyD. Simpkins, Esq.
Wells Marble & Hurst
Post Office Box 131
Jackson, MS 39205-0131

Michael V. Cory, Esq.
Steen Reynolds & Dalehite
Post Office Box 900
Jackson, MS 39205-0900

Ronald G. Peresich, Esq.
Michael F. Whitehead, Esq.
Page Mannino Peresich & McDermott
Post Office Drawer 289
Biloxi, MS 39533

W. Luther Wilson, Esq.
John Stewart Tharp, Esq.
Taylor Porter Brooks & Phillips
Post Office Box 2171
Baton Rouge, LA 70821

P. N. Harkins, IIIl, Esq.
Walter T. Johnson, Esq.
Watkins & Eager
Post Office Box650
Jackson, MS 39205-0650

THIS the 7th day of April, 2004.

    /s/ Thomas M. Louis
THOMAS M. LOUIS