IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Diet Drugs (Phentermine/Fenfluramine/ Dexfenfluramine) Products Liability Litigation** | MDL NO. 1203 |
| **This document relates to:** | |
| *Mary F. Sanders, et al v. Wyeth-Ayerst Pharmaceuticals, et al.* | Civil Action No. 02-20121 |

**PRETRIAL ORDER NO.** _____

AND NOW, this the _____ day of _____, 2004, upon consideration of the Motion for Substitution of Counsel for the Defendants, Super Sav-On-Drugs of Mississippi, Inc., it is hereby ORDERED that:

1. The motion of Defendant, Super Sav-On-Drugs of Mississippi, Inc., for substitution of counsel is GRANTED; and,

2. Thomas M. Louis, the law firm of Wells Marble & Hurst, PLLC, and all attorneys within the firm who have appeared as counsel for the Defendants, Super Sav-On-Drugs of Mississippi, Inc., in the above-captioned case shall be deemed to have withdrawn their appearance as counsel of record for the Defendant, Super Sav-On-Drugs of Mississippi, Inc., in this case; and,

3. Luke Dove and the law firm of Dove & Chill are hereby substituted as counsel for the Defendant, Super Sav-On-Drugs of Mississippi, Inc., and their appearance on behalf of said Defendant is hereby noted in this litigation.

_____
United States District Court Judge