IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DIET DRUGS (Phentermine/ Fenfluramine/Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | § § § § § | MDL DOCKET NO. 1203 |
| This document relates to: MARY F. SANDERS, et al., *Plaintiffs,* v. WYETH-AYERST PHARMACEUTICALS, et al., *Defendants.* | § § § § § § § § § § § § § § | CIVIL ACTION NO. 02-20121 |

ENTRY OF APPEARANCE
FOR INDEVUS PHARMACEUTICALS, INC.,
f/k/a INTERNEURON PHARMACEUTICALS, INC.

COME NOW, Lanny R. Pace and William M. Dalehite, Jr. of the Law Firm of Steen Dalehite & Pace, LLP, and enter their appearance as counsel for the defendant, Indevus Pharmaceuticals, Inc., f/k/a Interneuron Pharmaceuticals, Inc., in the above styled and numbered cause.

                                                                       _____
                                                                       LANNY R. PACE, MSB No. 9996

OF COUNSEL:
STEEN DALEHITE & PACE, LLP
LANNY R. PACE, MS BAR NO. 9996
WILLIAM M. DALEHITE, JR., MS BAR NO. 5566
Heritage Building, Suite 415
401 East Capitol Street
P. O. Box 900
Jackson, MS 39205-0900
Telephone: 601/969-7054
Facsimile:  601/353-3782

## **CERTIFICATE**

      I, Lanny R. Pace, do hereby certify that I have this date mailed, postage prepaid, a true and correct copy of the foregoing to:

H. Gray Laird, III
Page, Kruger & Holland, P.A.
P. O. Box 1163
Jackson, MS 39215-1163

Wilbur O. Colom
The Colom Law Firm
P. O. Box 866
Columbus, MS 39703

Neville H. Boschert
Watkins, Ludlam, Winter & Stennis, P.A.
P. O. Box 427
Jackson, MS 39205-0427

Shannon Bruno
Ungarino & Eckert, LLC
Suite 1280, Lakeway Two
3850 North Causeway Boulevard
Metairie, LA 70002

Thomas W. Tardy, III
David A. Baker
Forman, Perry, Watkins, Krutz & Tardy
P. O. Box 2608
Jackson, MS 39225-2608

Kimberly Howland
Wise, Carter, Child & Caraway
P. O. Box 651
Jackson, MS 39205

Kenna L. Mansfield, Jr.
Kelly D. Simpkins
Wells, Marble & Hurst
P. O. Box 131
Jackson, MS 39205-0131

Ronald G. Peresich
Michael F. Whitehead
Emilie F. Whitehead
Page, Mannino, Peresich & McDermott, PLLC
P. O. Drawer 289
Biloxi, MS 39533

P. N. Harkins, III
Walter T. Johnson
Lynn P. Ladner
Watkins & Eager
P. O. Box 650
Jackson, MS 39205-0650

W. Luther Wilson
John Stewart Tharp
Taylor, Porter, Brooks & Phillips
P. O. Box 2471
Baton Rouge, LA 70821

Luke Dove
Dove & Chill
4266 I-55 North, Suite 108
Jackson, MS 39211

William M. Gage
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
P. O. Box 22567
Jackson, MS 39225-2567

Fred L. Banks, Jr.
James W. Shelson
Phelps Dunbar
P. O. Box 23066
Jackson, MS 39225-3066

    This the _____ day of May, 2004.

_____
LANNY R. PACE