**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  DIET DRUGS (PHENTERMINE/ FENFLURAMINE/ DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL DOCKET NO. 1203 |
| SHEILA BROWN, *et al.* v. AMERICAN HOME PRODUCTS CORPORATION | ) ) ) | CIVIL ACTION NO. 99-20593 |
| This document relates to: | ) ) | |
| LINDA HARMON, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC. *et al.* | ) ) ) | CIVIL ACTION NO. 02-20082 |
| DUWANDA ROBBINS, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.* | ) ) ) | CIVIL ACTION NO. 02-20081 |
| JANICE BINION, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.* | ) ) ) | CIVIL ACTION NO. 02-20119 |
| LILLIAN CHANDLER, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.* | ) ) ) | CIVIL ACTION NO. 02-20120 |
| PATRICIA MOSLEY, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.* | ) ) ) | CIVIL ACTION NO. 02-20122 |
| MARY F. SANDERS, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.* | ) ) ) | CIVIL ACTION NO. 02-20121 |
| - and - | ) ) | |
| BRENDA STALLINGS, *et al.* v. WYETH-AYERST PHARMACEUTICALS, INC., *et al.* | ) ) ) | CIVIL ACTION NO. 02-20118 |

**WYETH'S SUPPLEMENTAL MOTION TO DISMISS CERTAIN PLAINTIFFS**

COMES NOW Wyeth and hereby supplements its Motion to Dismiss Certain Plaintiffs

filed in the above actions on October 24, 2003.  Wyeth respectfully moves this Court to enter an

Order dismissing the additional plaintiffs listed below with prejudice on the ground set forth in

Wyeth's October 24 motion, namely that they have not satisfied the medical eligibility

requirements necessary for prosecuting a downstream opt-out claim under the terms of a

National Settlement Agreement to which they are a party.

On October 24, 2003, Wyeth filed a Motion to Dismiss Certain Plaintiffs in which it

demonstrated, among other things, that under the terms of the National Settlement Agreement,

plaintiffs who were not diagnosed by a Qualified Physician as FDA positive by an

echocardiogram performed between commencement of diet drug use and the end of the

screening period were not eligible to sue as an intermediate opt out and therefore their claims

must be dismissed. *See* Wyeth's Memorandum in Support of its Motion to Dismiss Certain

Plaintiffs at pp. 7-9. Wyeth then identified 135 plaintiffs in the above-captioned cases who,

according to echocardiogram reports prepared by plaintiffs' own expert, were not FDA positive

and asked the Court to dismiss those plaintiffs. *Id.* at 9-19. That motion has been fully briefed

and the parties are awaiting the Court's ruling.

At the time Wyeth filed its original motion, not all of the plaintiffs in the above-captioned

cases had produced echocardiogram reports to Wyeth. Since that time, however, 37 additional

plaintiffs in the above-captioned cases have produced echocardiogram reports, prepared by his or

her own diagnosing cardiologist, which report that plaintiff is not FDA positive. The following

chart shows, case by case, the plaintiff, the diagnosis and the diagnosing cardiologist. For each

of the plaintiffs identified below, the diagnosing cardiologist is Dr. Razzak Tai, an expert

retained by plaintiffs in the diet drug litigation.

***Binion, et al. v. Wyeth, et al.*** (Echo Reports attached hereto as Defendant's Exhibit A)

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| Harviel, Sarah | 06-25-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. The aortic valvular function is | No |

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| | | normal. | |
| McDaniel, Jr., Robert | 06-25-01/Dr. Razzak Tai | Mild mitral regurgitation. The aortic valvular function is normal. | No |
| Rose, Alisha | 06-25-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. The aorta is of normal dimension. The aortic valvular velocity is normal. | No |
| Shaw, Shirley | 10-27-01/Dr. Razzak Tai | Mild mitral regurgitation. The aorta is of normal dimension. The aortic valvular velocity is normal. | No |
| Westbrook, Melissa | 06-24-01/Dr. Razzak Tai | Mitral valve is thickened with normal function. Slight aortic dilation with minimal systolic gradient. | No |

**_Harmon, et al. v. Wyeth, et al._**  (Echo Reports attached hereto as Defendant's Exhibit B)

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| Harmon, Linda | 04-21-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. A mild degree of aortic valve turbulence is present. | No |
| Murphy, Donna | 04-22-01/Dr. Razzak Tai | Mitral valve has normal structure and function. The aortic valvular function is normal. | No |
| Noland, Debbie | 04-22-01/Dr. Razzak Tai | Mitral valve is of normal structure and function. The aortic valvular function is normal. | No |

**_Mosley, et al. v. Wyeth, et al._**  (Echo Reports attached hereto as Defendant's Exhibit C)

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| Chalmers, Barbara | 10-27-01/Dr. Razzak Tai | Mitral valve is not visualized. The aorta is not visualized | No |

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| | | accurately. Technically poor study. Incomplete study. | |
| Follis-McClure, Jackie | 06-25-01/Dr. Razzak Tai | Mild mitral regurgitation. The aortic valvular function is normal. | No |
| Hill, Debra | 10-28-01/Dr. Razzak Tai | Mild mitral regurgitation. Trace aortic insufficiency. | No |
| Mosley, Patricia | 02-24-00/Dr. Malcolm Taylor<br><br>02-21-01/Dr. Malcolm Taylor | Mild mitral regurgitation<br><br>Mild mitral regurgitation. | No<br><br>No |
| Prather, Joanna | 10-27-01/Dr. Razzak Tai | Minimal mitral regurgitation. Aorta is of normal dimension. Aortic valvular velocity is normal. | No |
| Stewart, Charles | 10-28-01/Dr. Razzak Tai | Minimal mitral regurgitation. Minimal aortic insufficiency. | No |
| Weathersby, Sharon | 06-25-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. Minimally dilated aorta and minimal aortic systolic gradient. | No |

**_Sanders, et al. v. Wyeth, et al._** (Echo Reports attached hereto as Defendant's Exhibit D)

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| Beaver, Amanda | 06-25-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. The aortic valvular function is normal. | No |
| Cunningham, Kay | 06-25-01/Dr. Razzak Tai | Mitral valve is thickened with normal function. The aortic valvular function is normal. | No |
| Dale, Sarah | 10-28-01/Dr. Razzak Tai | Mild mitral regurgitation. Trace aortic insufficiency. | No |
| Holden, Cindy | 06-25-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. The aortic valvular function is normal. | No |
| Irby, Senatra | 12-18-02/Dr. Razzak Tai | Mild mitral regurgitation. The aorta is of normal dimension. | No |
| Johnson, Rhonda | 04-21-01/Dr. Razzak Tai | Mitral valve shows trace regurgitation. The aorta is of normal dimension. The aortic valve velocity is increased. A small systolic gradient of less | No |

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| | | than 10 mmhg is present. | |
| Sanders, Mary | 04-22-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. The aortic valvular function is normal. | No |
| Shaw, Freddy | 10-27-01/Dr. Razzak Tai | Minimal mitral regurgitation. The aorta is of normal dimension. Aortic valvular velocity is normal. | No |
| Williams, Virginia | 04-21-01/Dr. Razzak Tai | Mild mitral regurgitation. The aortic valve has normal structure and function. | No |

**_Stallings, et al. v. Wyeth, et al._**  (Echo Reports attached hereto as Defendant's Exhibit E)

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| Alford, Kimberly | 12-18-02/Dr. Razzak Tai | Mild mitral regurgitation. The aorta is of normal dimension. | No |
| Carpenter, Cathy | 10-28-01/Dr. Razzak Tai | Mild mitral regurgitation. Minimal aortic insufficiency. | No |
| Cooper, Elayna | 06-25-01/Dr. Razzak Tai | Mild mitral regurgitation. The aortic valvular function is normal. | No |
| Davis, Susan | 11-14-01/Dr. Razzak Tai | Mild mitral regurgitation. Trace aortic insufficiency. | No |
| Givens-Rowan, Valerie | 10-28-01/Dr. Razzak Tai | Mild mitral regurgitation. Minimal aortic insufficiency. | No |
| Johnson, Menalone | 11-14-01/Dr. Razzak Tai | Mild mitral regurgitation. Trace aortic insufficiency. | No |
| Johnson, Ramona | 06-25-01/Dr. Razzak Tai | Mitral valve is thickened with normal function. The aortic valvular function is normal. | No |
| McMillan, Bruce | 11-14-01/Dr. Razzak Tai | Mild mitral regurgitation. The aorta is of normal dimension. Aortic valvular velocity is normal. | No |
| Preston, Carolyn | 10-28-01/Dr. Razzak Tai | Mild mitral regurgitation. The aorta is of normal dimension. Aortic valvular velocity is normal. | No |
| Reed, Angela | 06-25-01/Dr. Razzak Tai | Mitral valve is thickened with normal function. The aortic valvular function is normal. | No |
| Simpson, Carrie | 10-27-01/Dr. Razzak Tai | Minimal mitral regurgitation. Aortic valvular function is | No |

| Plaintiff Name | Date/Provider | Echocardiogram Report | FDA Positive or Medically Eligible to Assert Downstream Opt-Out |
|---|---|---|---|
| | | normal. | |
| Stallings, Brenda | 04-22-01/Dr. Razzak Tai | Mitral valve shows normal structure and function. The aortic valvular structure and function are normal. | No |
| Stewart, Harriet | 06-25-01/Dr. Razzak Tai | Mitral valve shows thickening with normal function. The aortic valvular function is normal. | No |

In addition, three of the plaintiffs identified above should be dismissed for the additional reason that they did not ingest Pondimin or Redux. Specifically, plaintiffs Senatra Irby, Mary Sanders and Brenda Stallings testified during their depositions that they did not ingest Pondimin or Redux, only Phentermine. *See* deposition transcript of S. Irby at pp. 5-6, M. Sanders at 97-101, B. Stallings at pp. 121-129 (attached as collective Ex. F).

Accordingly, Wyeth now seeks to supplement its motion to dismiss to add the names of the plaintiffs identified in the chart above and respectfully requests that the Court dismiss those plaintiffs for the reasons set forth in its original motion.

A proposed Order embodying the relief requested is filed herewith.

Respectfully submitted,

AMERICAN HOME PRODUCTS CORPORATION and
WYETH-AYERST PHARMACEUTICALS INC.


By:＿＿＿/s/Heather M.Aby＿＿＿＿＿＿＿＿＿＿
      WILLIAM M. GAGE, MSB #8691
      HEATHER M. ABY, MSB #100749

      THEIR ATTORNEYS

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, Mississippi 39225-2567
(601) 948-5711

## **CERTIFICATE OF SERVICE**

    I, HEATHER M. ABY, one of the attorneys for Wyeth do hereby certify that I have this

day served a true and correct copy of the above and foregoing document by mailing same by

Federal Express Overnight Delivery upon:

    H. Gray Laird, III
    PAGE, KRUGER & HOLLAND, P.A.
    10 Canebrake Boulevard, Suite 200 (39232)
    Post Office Box 1163
    Jackson, MS 39215-1163

    Wilbur O. Colom
    THE COLOM LAW FIRM
    406 Third Avenue North
    Post Office Box 866
    Columbus, MS 39703

    ATTORNEYS FOR PLAINTIFFS

    SO CERTIFIED, this the 18th day of November 2004

                  /s/Heather M. Aby_____
                  HEATHER M. ABY

    In the above-captioned case, and by first-class mail, postage prepaid, upon all other
counsel required to be served by Pretrial Order No. 19 as follows:

    Arnold Levin, Esquire
    Levin, Fishbein, Sedran & Berman
    510 Walnut Street, Suite 500
    Philadelphia, PA 19106

    CO-CHAIR -- PMC

John J. Cummings, III, Esquire
Cummings, Cummings & Dudenhefer
416 Gravier Street
New Orleans, LA 70130

CO-CHAIR -- PMC

Stanley M. Chesley, Esquire
Waite, Schneider, Bayless, Chesley Co., P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202

CO-CHAIR -- PMC

Ms. Deborah A. Hyland
Plaintiffs' Management Committee
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106

CO-CHAIR -- PMC

Michael T. Scott, Esquire
Reed Smith, LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

LIAISON COUNSEL FOR FENFLURAMINE/DEXFENFLURAMINE
DEFENDANTS

Edward W. Madeira, Jr., Esquire
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

LIAISON COUNSEL FOR PHENTERMINE DEFENDANTS

Edward S. Weltman, Esquire
Goodwin Proctor LLP
599 Lexington Avenue, 30th Floor
New York, NY 10022

CO-LEAD COUNSEL FOR PHENTERMINE DEFENDANTS

Peter L. Resnick, Esquire
McDermott, Will & Emery
28 State Street, 34th Floor
Boston, MA 02109-1775

CO-LEAD COUNSEL FOR PHENTERMINE DEFENDANTS

SO CERTIFIED, this the 18th day of November 2004

/s/Heather M. Aby_____
HEATHER M. ABY

Jackson 981966v1