IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  DIET DRUGS (Phentermine / Fenfluramine / Dexfenfluramine) PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1203 |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that attorney Heather M. Aby, formerly with the law firm of Butler, Snow, O'Mara, Stevens and Cannada, PLLC, hereby withdraws as counsel for Wyeth and its related entities in all matters shown on Exhibit "A" hereto. William M. Gage, with the law firm of Butler, Snow, O'Mara, Stevens & Cannada, PLLC, will continue to represent the Wyeth defendants in these matters in her place and stead. The Clerk's office is requested to make such changes to the docket and to the electronic notification system as are necessary to reflect this withdrawal of counsel.

THIS, the 28th date of April, 2005.

Respectfully Submitted,

_____
WILLIAM M. GAGE, MB #8691

_____
HEATHER M. ABY, MB#100749

OF COUNSEL:

BUTLER, SNOW, O'MARA, STEVENS & CANNADA, PLLC
17th Floor, AmSouth Plaza
Post Office Box 22567
Jackson, MS 39225-2567
(601) 948-5711

Fred L. Banks, Jr. (MSB #1733)
James W. Shelson (MSB #9693)
PHELPS DUNBAR
111 East Capitol Street, Suite 600
Post Office Box 23066
Jackson, MS 39225-3066
(601) 352-2300

John G. Wheeler (MB #8622)
MITCHELL MCNUTT & SAMS
105 South Front Street
Post Office Box 7120
Tupelo, MS 38802-7120
(662) 842-8471

Robert D. Gholson (MB #4811)
BURR & FORMAN LLP
535 North 5th Avenue (39440)
Post Office Box 6523
Laurel, MS 39441-6523
(601) 425-0400

## CERTIFICATE OF SERVICE

I, William M. Gage, one of the attorneys for Wyeth, do hereby certify that I have this day served a true and correct copy of the above and foregoing document, by mailing same by United States Mail with postage fully prepaid thereon to the following:

Bryan Aylstock
Justin Witkin
Aylstock, Witkin & Sasser, P.L.C.
55 Baybridge Drive
Gulf Breeze, FL 32561

Bobby Moak
P. O. Box 242
402 Monticello Street
Bogue Chitto, MS 39629

H. Gray Laird, III
PAGE, KRUGER & HOLLAND, P.A.
10 Canebrake Boulevard, Suite 200 (39232)
Post Office Box 1163
Jackson, MS 39215-1163

Wilbur O. Colom
THE COLOM LAW FIRM
406 Third Avenue North
P.O. Box 866
Columbus, MS 39703

J. Callen Sparrow
GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
2224 1st Avenue, North
Birmingham, AL 35203

Christopher E. Fitzgerald
GARRISON, SCOTT, GAMBLE & ROSENTHAL, P.C.
Post Office Box 1500
Ocean Springs, MS 39566

Gerald J. Diaz, Jr.
DIAZ, LEWIS & WILLIAMS
P.O. Box 24268
Jackson, MS 39225-4268

Ed Blackmon, Jr.
BLACKMON & BLACKMON
P.O. Box 105
Canton, MS 39046

J. Dewayne Thomas
P.O. Box 65
Jackson, MS 39205-0065

Carroll H. Ingram
Jennifer Ingram Wilkinson
Richard P. Johnson
INGRAM & ASSOCIATES, PLLC
Post Office Box 15039
Hattiesburg, MS 39404-5039

Delano Funches
Funches & Associates
1617 Robinson Street
Jackson, MS 39209

Michael P. McGartland
THE SCHMIDT & MCGARTLAND FIRM
Post Office Box 3588
Jackson, MS 39207

Andy Stewart
ANDY STEWART AND ASSOCIATES
225 Avalon Circle
Brandon, MS 39047

ATTORNEY FOR PLAINTIFFS

Lanny Pace
STEEN DALEHITE & PACE, LLP
Post Office Box 900
Jackson, MS 39205

ATTORNEYS FOR INDEVUS PHARMACEUTICALS, INC. f/k/a INTERNEURON PHARMACEUTICALS, INC.

Gregory P. Miller, Esq.
MILLER, ALFANO & RASPANTI
1818 Market Street, Suite 3402
Philadelphia, PA 19103

Special Discovery Master

Arnold Levin, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Plaintiffs' Management Committee

John J. Cummings, III, Esquire
CUMMINGS, CUMMINGS & DUDENHEFER
416 Gravier Street
New Orleans, LA 70130

Plaintiffs' Management Committee

Stanley M. Chesley, Esquire
WAITE, SCHNEIDER, BAYLESS, CHESLEY CO., P.A.
1513 Central Trust Tower
One West Fourth Street
Cincinnati, OH 45202

Plaintiffs' Management Committee

William S. Kemp, Esquire
HARRISON, KEMP & JONES
3800 Howard Hughes Parkway
17th Floor
Las Vegas, NV 89109

Plaintiffs' Management Committee

Darryl J. Tschirn, Esquire
ATTORNEY AT LAW
7825 Fay Avenue, Suite 320
La Jolla, CA 92037

Plaintiffs' Management Committee

Roger P. Broshnahan, Esquire
LAW OFFICES OF ROGER P. BROSNAHAN
116 Center Street
Winona, MN 55987

Plaintiffs' Management Committee

Elizabeth J. Cabraser, Esquire
LIEFF, CABRASER & HEIMANN
Embarcadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

Plaintiffs' Management Committee

Michael D. Hausfeld, Esquire
COHEN, MILSTEN, HAUSFELD & TOLL
West Tower, Suite 500
1100 New York Avenue, NW
Washington, DC 20005-3934

Plaintiffs' Management Committee

Dianne M. Nast, Esquire
RODA & NAST, P.C.
801 Estelle Drive
Lancaster, PA 17601

Plaintiffs' Management Committee

John M. Restaino, Jr., Esquire
LOPEN, HODES, RESTAINO, MILMAN & SKIKOS
450 Newport Drive, Second Floor
Newport Beach, CA 92660

Plaintiffs' Management Committee

James Michael Papantonio, Esquire
LEVIN, MIDDLEBROOKS, THOMAS, MITCHELL
 GREEN, ESCHNER, PROCTOR AND PAPANTONIO, P.A.
316 South Baylen Street
Pensacola, FL 32501

Plaintiffs' Management Committee

Ms. Deborah A. Hyland
Constitution Place
325 Chestnut Street, Suite 200
Philadelphia, PA 19106

Plaintiffs' Management Committee

Edward W. Madeira, Jr., Esquire
PEPPER HAMILTON LLP
Bell Atlantic Building, 34th Floor
1717 Arch Street
Philadelphia, PA 19103

Liaison Counsel for Phentermine Manufacturers and Suppliers

Edward S. Weltman, Esquire
GOODWIN PROCTOR LLP
1285 Avenue of the Americas
New York, NY 10019

Co-Lead Counsel for Phentermine Defendants

Peter L. Resnick, Esquire
MCDERMOTT, WILL & EMERY
28 State Street, 34th Floor
Boston, MA 02109-1775

Co-Lead Counsel for Phentermine Defendants

Michael T. Scott, Esquire
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301

Liaison Counsel for Fenfluramine/Dexfenfluramine Defendants

SO CERTIFIED, this the 28th day of April, 2005.

_____
WILLIAM M. GAGE

JACKSON 1034988v1