**EXHIBIT A**
**CASES IN WHICH HEATHER M. ABY SEEKS TO WITHDRAW**
(where William M. Gage is also listed as counsel of record)

| | |
|---|---|
| Bell, Gaither | 2:03cv20584 |
| Binion, Janice | 2:02cv20119 |
| Bishop, Lisa | 2:03cv20601 |
| Bojan, Janet | 2:02cv20165 |
| Broom, Margie | 2:03cv20587 |
| Buxton, Beverly (Clark, David) | 2:03cv20393 |
| Chandler, Lillian | 2:02cv20120 |
| Dillon, Cynthia | 2:03cv20385 |
| Grant, Loretta | 2:03cv20330 |
| Harmon, Linda | 2:02cv20082 |
| Harris, Joyce | 2:04cv20224 |
| Mosley, Patricia | 2:02cv20122 |
| Pickering, David | 2:03cv20302 |
| Ramshur, Betty | 2:03cv20333 |
| Robbins, Duwanda | 2:02cv20081 |
| Sanders, Mary | 2:02cv20121 |
| Simpson, Carrie | 2:04cv25845 |
| Smith, Lana | 2:03cv20590 |
| Stallings, Brenda | 2:02cv20118 |
| Waters, Trina | 2:03cv20323 |
| Taylor, Charles | 2:03cv20242 |
| Allen-Kelly, Mona | 2:03cv20379 |
| Bates, Karen | 2:03cv20630 |
| Burge, Jacqueline | 2:03cv20299 |
| Simpson, Carrie | 2:04cv25845 |
| Dixon, Wanda F. | 2:04cv29733 |

JACKSON 1027316v1