IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: DIET DRUGS (PHENTERMINE/ FENFLURAMINE/DEXFENFLURAMINE) PRODUCTS LIABILITY LITIGATION | MDL NO. 1203 |
| SHEILA BROWN, et al. v. AMERICAN HOME PRODUCTS CORPORATION | CIVIL ACTION NO. 99-20593 |
| This document relates to: | |
| BRENDA STALLINGS, et al. v. WYETH-AYERST PHARMACEUTICALS, INC., et al.; | CIVIL ACTION NO. 02-20118 |
| MARY F. SANDERS, et al. v. WYETH-AYERST PHARMACEUTICALS, INC., et al.; | CIVIL ACTION NO. 02-20121 |

<u>PRETRIAL ORDER NO. 8297</u>

AND NOW, this 24th day of September 2009, upon consideration of Wyeth's Motion to Enforce the Nationwide Class Action Settlement Agreement Against Class Members Pamela Dean (Civ. A. No. 02-20121), Patricia Lavender (Civ. A. No. 02-20118) and Teretha Williams (Civ. A. No. 02-20118) and for the reasons set forth in the accompanying Memorandum in Support of Separate Pretrial Order, it is hereby ORDERED that the above-referenced motion is GRANTED and the claims of Pamela Dean (Civ. A. No. 02-20121), Patricia Lavender (Civ. A. No. 02-20118), and Teretha Williams (Civ. A. No. 02-20118) are DISMISSED.

BY THE COURT:

/s/ Harvey Bartle
_____ C.J.